

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00402-CR

**EX PARTE ROBERTO GOMEZ JR.**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4743
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT.

SIGNED October 5, 2016.

_____
Sandee Bryan Marion, Chief Justice